IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

BARBARA GILBERT

    Plaintiff,

v.

NATIONAL CREDIT SYSTEMS, INC. *et al.*

    Defendants.

Case No. 3:16-cv-00643-JHM-CHL

Judge Joseph H. McKinley

Magistrate Judge Colin H. Lindsay

## ORDER

On motion of the Plaintiff, Barbara Gilbert, and the Court being otherwise sufficiently advised;

IT IS HEREBY ORDERED that the claims asserted by Plaintiff in her complaint against Defendants National Credit Systems, Inc. and Equifax, Inc. are hereby DISMISSED, with prejudice.

This is a final and appealable order.

**Joseph H. McKinley, Jr., Chief Judge
United States District Court**

February 8, 2017